IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-09-42-BLG-SPW |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| JAMIE ALATORRE, | ) ) | |
| Defendant. | ) ) | |

Upon Defendant's Unopposed Motion for Early Termination of Supervision (Doc. 96), pursuant to 18 U.S.C. §3583(e)(1) and Fed.R.Crim.P. Rule 32.1(c)(2), and for good cause being shown,

**IT IS HEREBY ORDERED** that the Defendant's motion is GRANTED. Jamie Alatorre's supervision is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

Dated this 12th day of March, 2018.

SUSAN P. WATTERS
United States District Court Judge

1